UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS D. MEJIA HUERTA,

                       Petitioner,

            -against-

KRISTI NOEM, et al.,

                      Respondents.

26-CV-01248 (MMG)

**ORDER TO SHOW CAUSE**

MARGARET M. GARNETT, United States District Judge:

On February 13, 2026, Jesus D. Mejia Huerta ("Petitioner"), through his next friend Cintya A. Betancourt, filed a Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. Dkt. No. 1. Upon consideration of the Petition, IT IS HEREBY ORDERED that:

1. Respondents show cause why the Petition should not be granted by **February 18, 2026**.

2. Petitioner have an opportunity to reply by **February 20, 2026**.

3. The parties APPEAR before this Court for a hearing on the petition on **Monday, February 23, 2026, at 10:00 a.m.** in Courtroom 906 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Respondents shall produce Petitioner at the conference.

4. Pending consideration of the Petition, Respondents are hereby RESTRAINED from transferring the Petitioner out of the Southern District of New York, Eastern District of New York, or District of New Jersey and, relatedly, the United States of America.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's

Office for the Southern District of New York of this Order at the following email addresses:

jeffrey.oestericher@usdoj.gov and brandon.waterman@usdoj.gov.  Counsel for Respondents

shall promptly enter notices of appearance.


Dated: February 13, 2026
       New York, New York


                                        SO ORDERED.

                                        _____
                                        MARGARET M. GARNETT
                                        United States District Judge