**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JESUS D. MEJIA HUERTA,

                            Petitioner,                        26 **CIVIL** 1248 (MMG)

        -against-                                              **JUDGMENT**

KRISTI NOEM et al.,

                            Respondents.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 27, 2026,  Petitioner's

habeas petition is GRANTED.

**DATED:**  New York, New York
             March 5, 2026


                                        **TAMMI M. HELLWIG**
                                   _____
                                          **Clerk of Court**

                          **BY:**        K. mango
                                   _____
                                          **Deputy Clerk**